# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0322

VERSUS

MATTHEW MIRE                                          **JULY 6, 2023**

---

In Re:      Matthew Mire, applying for supervisory writs, 23rd
            Judicial District Court, Parish of Ascension, Nos.
            44495, 44496.

---

BEFORE:   **LANIER, HESTER, AND MILLER, JJ.**

    **WRIT DENIED.**

WIL
CHH

    **Miller, J.** dissents and would grant the writ application.
Under the unique circumstances presented in this first degree
murder prosecution, I would grant the motion to recuse the trial
judge.  The judge's brother is a detective with the Ascension
Parish Sheriff's Office and is a link in the chain of custody
for evidence that the state intends to present at trial, as he
logged in and transported evidence for testing related to this
case.  Thus, based on an objective evaluation of the totality of
the circumstances, I find the criteria set forth in Louisiana
Code of Criminal Procedure article 671(B) are met.  See **State v.
Spicer**, 2023-00570 (La. 6/26/23), ___ So.3d ___, 2023 WL 4199303
(per curiam).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT